JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — EASTERN DIVISION

| | |
|---|---|
| LAURA SALAZAR<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et. al.<br>Defendants. | Case No.: 5:23-cv-01944-SSS-SHKx<br><br>**ORDER**<br><br>**NOTE CHANGE MADE BY COURT** |

    Pursuant to the stipulation of the Parties, Comenity Bank is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

    The Clerk is hereby DIRECTED to close this action.

    IT IS SO ORDERED.

DATED: April 24, 2024

                                            Hon. Sunshine Suzanne Sykes
                                            UNITED STATES DISTRICT JUDGE